**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00511-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

ALBERT M. GRAHAM,

    Plaintiff,

v.

THOMAS C. FISHER, M.D., (in his personal and professional capacity),
CARMEN MEYER, M.D., (in his/her personal and professional capacity),
ANDREA WHITE, P.A., (in his/her personal and professional capacity),
MARYBETH KALAMEYER, P.A., (in his/her personal and professional capacity),
PAULA FRANTZ, M.D., (in his/her personal and professional capacity), and
PHYSICIANS HEALTH PARTNERS,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 & 42 U.S.C. § 1985, an Application to Proceed Without Prepayment of Fees and Affidavit, a Motion for Appointment of Counsel, and a Motion for Official Service of Process.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     ___    is not submitted
(2)     ___    is missing affidavit
(3)     ___    is missing certified copy of prisoner's trust fund statement for the 6-month

|       |     |                                                                                      |
|-------|-----|--------------------------------------------------------------------------------------|
|       |     | period immediately preceding this filing                                             |
| (4)   | __  | is missing certificate showing current balance in prison account                     |
| (5)   | __  | is missing required financial information                                            |
| (6)   | __  | is missing an original signature by the prisoner                                     |
| (7)   | xx  | is not on proper form (must use the court's current form)                            |
| (8)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)   | __  | other:_____.                                              |

**Complaint, Petition or Application**:
| (10) | __ | is not submitted |
| (11) | xx | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. __ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | names in caption do not match names in text |
| (16) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (17) | __ | other: _____ |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion for Appointment of Counsel (ECF No. 4) and the Motion for Official Service of Process (ECF No. 5) are DENIED as premature.

DATED February 29, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge